# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
JUN 21 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 12-70701 MAG |
| Cindy I. Haughton | ) | Charging District: Western District of Pennsylvania |
| Defendant | ) | Charging District's Case No. 2:12-CR-156 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Federal Courthouse 700 Grant St. Pittsburgh, PA 15219 | Courtroom No.: 9C |
|---|---|---|
| | | Date and Time: June 26, 2012; 10:00am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/21/12

_Kandis Westmore_
Judge's signature

_Kandis Westmore_
Printed name and title